FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

2025 JUL 15 P 2:15

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Matthew St. Hilaire )
[Enter above the full name of )
the plaintiff in this action] )
 )
 )
 ) Docket no.
v. )
Wellpath Holdings, INC. )
 )
John Doe )
 )
Jane Doe           et al )
[Enter above the full name of )
the defendant(s) in this action] )

1. Previous Lawsuits

   1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes [X]    No [ ]

   2. If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

      1. Parties to this previous lawsuit

         Plaintiff(s)  Matthew St. Hilaire

         Defendant(s)  Wellpath Holdings inc.
                       Wellpath LLC

      2. Court [If federal court, name the district; if state court, name the county]
         U.S. Bankruptcy Court Houston Division, Texas

      3. Docket number  24-90533 (ARP)
                        Docket No. 491

4. Name of judge whom case was assigned __unknown__

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] __pending__

6. Approximate date of filing lawsuit __4-21-25__

7. Approximate date of outcome _____

II. Place of present confinement __Maine State Prison__

A. Is there a prisoner grievance procedure in this institution?
Yes [X]   No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes [X]   No [ ]

C. If your answer is "Yes"

1. What steps did you take? __grievance filed, verbal complaints (sick calls) Hospital visits__

2. What was the result? __Dismissed then appealed__

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff __Matthew St. Hilaire__
Address __807 Cushing Rd. Warren ME 04864__

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant __Wellpath Holding LLC__
Position _____
Address __PO Box 4420 Beaverton, OR 97076__

C. Additional Defendant(s) John Doe
Jane Doe

et AL.

IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

* The Defendant failed to treat medical illness repeatedly left the Plaintiff in pain for 3½ years.
* Failure to treat
* Failure to provide follow up treatment
* Refusal to provide necessary medical care
* Intentional Infliction of emotional distress

22. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

Seek Punitive Damages $1,500,000.00
Compensatory Damages $750,000.00

X _____
Signature of Plaintiff

Signed this  1  day of July , 20 25

I declare under penalty of perjury that the foregoing is true and correct.

7-1-25
Date

X _____
Signature of Plaintiff