UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MATHEW ST. HILAIRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:25-cv-00362-NT |
| | ) |
| WELLPATH HOLDINGS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On August 4, 2025, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision after a preliminary review of the Plaintiff's complaint under 28 U.S.C. § 1915. Recommended Decision (ECF No. 6). The Magistrate Judge recommended that I dismiss the complaint unless the Plaintiff amended it within fourteen days. The Plaintiff filed his amended complaint the following week. Am. Compl. (ECF No. 10).

The Magistrate Judge then reviewed the amended complaint and, on September 3, 2025, issued a Supplemental Recommended Decision. Suppl. Recommended Decision (ECF No. 14). The Magistrate Judge determined that the Plaintiff had still failed to plead sufficient facts to support a plausible claim for relief, and he again recommended that the complaint be dismissed.

The time within which to file objections to the Supplemental Recommended Decision has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review

and appeal. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915, the Plaintiff's complaint is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen<br>United States District Judge

Dated this 29th day of September, 2025.